```
                  IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF PENNSYLVANIA


GALAXY PRODUCTS & SERVICES,    :    CIVIL ACTION
INC.                           :
          v.                   :
                               :
                               :
AMI ENTERTAINMENT NETWORK,     :
INC., et al.                   :    NO. 12-6963
_____:
                               :
AMI ENTERTAINMENT NETWORK,     :
INC.                           :
          v.                   :
                               :
GPS GLOBAL, LLC                :    NO. 13-2049
```

ORDER

AND NOW, this 19th day of September, 2013, whereas the above-captioned actions have been consolidated pursuant to the parties' stipulation (Civ. No. 12-6963, Docket #46) (Civ. No. 13-2049, Docket #5), to avoid duplicative filing on separate dockets, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to mark AMI Entertainment Network, Inc. v. GPS Global, LLC (13-2049) CLOSED for all purposes.

2. In the future, all documents in this consolidated action shall be filed only on the docket in Galaxy Products & Services, Inc. v. AMI Entertainment Network, Inc., et al. (12-6963).

3. The Clerk of Court is directed to amend the case caption in <u>Galaxy Products & Services, Inc. v. AMI Entertainment Network, Inc., et al.</u> (12-6963) to add GPS Global, LLC as a plaintiff and counter defendant.

4. Defendant/Counter Claimant AMI Entertainment Network, Inc. may respond to plaintiffs' Third Amended Complaint and file any counterclaim(s) on or before October 4, 2013.

5. The Court's February 22, 2013 Scheduling Order (Civ. No. 12-6963, Docket #35) remains the operative scheduling order for this consolidated action.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.